■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CONNIE ARCHIBALD, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—burglary, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ In the Matter of DAVID P. FELDMAN, an Attorney.—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Order entered Apr. 18, 1990.)

■ In the Matter of JONATHAN ERICKSON, an Attorney.—A copy of the certified transcript of the stenographic minutes showing that Jonathan Erickson was convicted upon a plea of guilty of the crimes of grand larceny, fourth degree (three counts), grand larceny, third degree and forgery, second degree, having been presented to the court, he is disbarred and his name is stricken from the roll of attorneys. Present—Dillon, P. J., Callahan, Denman, Green and Balio, JJ. (Order entered Apr. 24, 1990.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL THOMPSON, Appellant.—Motion for reargument granted and, upon reargument, order and memorandum decision entered December 8, 1989 [156 AD2d 961] confirmed. Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.